## United States District Court
## District of Puerto Rico (San Juan)
## CRIMINAL DOCKET FOR CASE #: 3:14−cr−00223−SCC−1

| | |
|---|---|
| Case title: USA v. Martinez−Berrios | Date Filed: 03/27/2014 |
| | Date Terminated: 08/26/2014 |

Assigned to: Judge Silvia L. Carreno−Coll

### Defendant (1)

**Charlie Martinez−Berrios**  represented by  **Eric Vos**
*TERMINATED: 08/26/2014*  Federal Public Defender's Office
Patio Gallery Building
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918−2441
(787) 281−4922
Fax: 787−281−4899
Email: eric_vos@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Sulay Rios−Fuentes**
Federal Public Defender's Office
Patio Gallery Building
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918−2441
787−281−4992
Fax: 787−281−4899
Email: sulay_rios@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:924(c)(1)(A)(i) VIOLENT CRIME/DRUGS/MACHINE GUN (2) | IMPR for 60 months to be served consecutively to the sentence to be imposed in San Juan Superior Court in Cr. Cases KLA2012G0372−0373; SRT of 5 years; SMA of $100.00; Forfeiture |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) and 924(a)(2) UNLAWFUL TRANSPORT OF FIREARMS, ETC. (1) | Dismissed |
| 21:861(a) EMPLOY PERSONS UNDER 18 (3−8) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Interested Party**

**US Probation Office**

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kelly Zenon–Matos**<br>United States Attorney's Office<br>District of Puerto Rico<br>Suite 1201 Torre Chardon<br>350 Carlos Chardon Avenue<br>San Juan, PR 00918<br>787–766–5656<br>Fax: 787–771–4050<br>Email: kelly.zenon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2014 | 1 | INDICTMENT as to Charlie Martinez–Berrios (1) count(s) 1, 2, 3–8. (ni) (Entered: 03/31/2014) |
| 03/27/2014 | 2 | Minute Entry for proceedings held before US Magistrate Judge Silvia Carreno–Coll as to Charlie Martinez–Berrios: Return of Indictment by Grand Jury held on 3/27/2014. Hearing held at 05:01.Hearing ended at 05:02. (ni) (Entered: 03/31/2014) |
| 03/27/2014 | 3 | *RESTRICTED* Arrest Warrant Issued by US Magistrate Judge Silvia Carreno-Coll in case as to Charlie Martinez–Berrios. (ni) (Entered: 03/31/2014) |
| 03/27/2014 | | Arrest of Charlie Martinez–Berrios (br) (Entered: 03/31/2014) |
| 03/27/2014 | 4 | *RESTRICTED* CJA 23 Financial Affidavit by Charlie Martinez–Berrios (br) (Entered: 03/31/2014) |
| 03/27/2014 | 5 | Minute Entry for proceedings held before US Magistrate Judge Silvia Carreno–Coll: Initial Appearance as to Charlie Martinez–Berrios held on 3/27/2014. Defendant was interviewed by the Probation Officer and was brought before the Magistrate Judge, was advised of rights and provided with copy of the indictment. Financial Affidavit was issued and approved. The Federal Public Defender is appointed to represent defendant. Defendant was committed. **Arraignment/Bail Hearings set for 4/10/2014 09:15 AM in Courtroom 8 before US Magistrate Judge Silvia Carreno–Coll.** (br) (Entered: 03/31/2014) |
| 03/27/2014 | 6 | ORDER OF TEMPORARY DETENTION pending hearing as to Charlie Martinez–Berrios. Signed by US Magistrate Judge Silvia Carreno–Coll on 3/27/2014.(br) (Entered: 03/31/2014) |
| 03/27/2014 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Charlie Martinez–Berrios. FPD Hector E. Guzman–Silva for Charlie Martinez–Berrios appointed. Signed by US Magistrate Judge Silvia Carreno–Coll on 3/27/2014.(br) (Entered: 03/31/2014) |
| 03/27/2014 | 8 | ***SELECTED PARTIES***NOTICE to MDC, re: medical condition as to Charlie Martinez–Berrios. Signed by US Magistrate Judge Silvia Carreno–Coll on 3/27/2014. (MDC by e–mail)(br) (Entered: 03/31/2014) |
| 04/01/2014 | 9 | NOTICE OF ATTORNEY APPEARANCE: *AFPD* Sulay Rios–Fuentes appearing for Charlie Martinez–Berrios (Rios–Fuentes, Sulay) (Entered: 04/01/2014) |

| Date | # | Description |
|---|---|---|
| 04/10/2014 | 10 | Minute Entry for proceedings held before US Magistrate Judge Silvia Carreno−Coll: Arraignment/Bail Hearings as to Charlie Martinez−Berrios (1) Count 1,2,3−8 held on 4/10/2014. SAUSA Kelly Zenon and AFPD Vivianne Marrero were present. **As to Arraignment,** the Court finds defendant competent at this time. Defendant waived the reading of the Indictment. Plea of Not Guilty is entered. Defense is granted seven (7) days to obtain discovery and fourteen (14) days thereafter to file all motions. The case is referred to the Judge for trial setting thereafter. **As to Bail,** defense counsel had nothing to offer. The Court ordered defendant detained without bail pending trial. (Court Reporter FTR/bg.) Hearing set for 09:15. Hearing held at 10:01. Hearing ended at 10:04. Interpreter Edna Brayfield. (br) (Entered: 04/10/2014) |
| 04/14/2014 | 11 | ORDER OF DETENTION PENDING TRIAL as to Charlie Martinez−Berrios (1). Signed by US Magistrate Judge Silvia Carreno−Coll on 4/10/2014.(mcv) (Entered: 04/14/2014) |
| 04/15/2014 | 12 | ORDER as to Charlie Martinez−Berrios (1): **Status Conference set for 5/8/2014 09:30 AM in Courtroom 7 before Judge Jose A. Fuste.** Signed by Judge Jose A. Fuste on 04/15/2014. (dv) (Entered: 04/15/2014) |
| 05/08/2014 | 13 | Minute Entry for proceedings held before Judge Jose A. Fuste: Status Conference as to Charlie Martinez−Berrios (1) held on 5/8/2014. Present: SAUSA Kelly Zenon, AFPD John Connors. Defendant, a convicted felon, wa arrested during a drug transaction. Discovery was provided, along with a plea offer. **Change of Plea Hearing set for 5/28/2014 09:30 AM in Courtroom 7 before Judge Jose A. Fuste.** (Court Reporter Amy Walker.)Hearing set for 09:30.Hearing held at 10:47.Hearing ended at 10:49. (dv) (Entered: 05/16/2014) |
| 05/23/2014 | 14 | PLEA AGREEMENT as to Charlie Martinez−Berrios (1) (Rios−Fuentes, Sulay) (Entered: 05/23/2014) |
| 05/28/2014 | 15 | Minute Entry for proceedings held before Judge Jose A. Fuste: Change of Plea Hearing as to Charlie Martinez−Berrios (1) held on 5/28/2014. Present: SAUSA Kelly Zenon, AFPD Sulay Rios. Defendant is U/C and present in court. 14 Plea Agreement filed on 5/23/2014. Plea Supplement to be filed. Plea entered by Charlie Martinez−Berrios (1) Guilty Count 2. **Sentencing Hearing set for 8/26/2014 09:30 AM in Courtroom 7 before Judge Jose A. Fuste.** PSI Report ordered. E−mail sent to USPO. (Court Reporter Amy Walker.)Hearing set for 09:30.Hearing held at 09:58.Hearing ended at 10:16.Interpreter Janis Palma. (dv) (Entered: 06/02/2014) |
| 05/28/2014 | 16 | ***SELECTED PARTIES*** PLEA SUPPLEMENT as to Charlie Martinez−Berrios (1). (dv) (Entered: 06/02/2014) |
| 08/20/2014 | 17 | ***SELECTED PARTIES*** NOTICE of Disclosure of PSR Pursuant to Local Rule 132, the U.S. Probation Officer makes disclosure of the presentence report for the defendant of record. According to said rule, any inaccuracies or discrepancies should be reported to the Probation Officer within 14 days from disclosure of the document. Since the presentence report is a Court Document, its contents must not be recorded or otherwise disseminated to third parties in any manner, by US Probation Officer, Charlie Martinez−Berrios (U.S. Probation Officer, Edebbie Cofresi) (Entered: 08/20/2014) |
| 08/21/2014 | 18 | ORDER as to Charlie Martinez−Berrios (1): **Sentencing Hearing RESET for 8/26/2014 04:15 PM in Courtroom 7 before Judge Jose A. Fuste.** Signed by Judge Jose A. Fuste on 08/21/2014. (dv) (Entered: 08/21/2014) |
| 08/22/2014 | 19 | SENTENCING MEMORANDUM by Charlie Martinez−Berrios (1) (Rios−Fuentes, Sulay) (Entered: 08/22/2014) |
| 08/26/2014 | 20 | Minute Entry for proceedings held before Judge Jose A. Fuste: Sentencing held on 8/26/2014 for Charlie Martinez−Berrios (1). Present: SAUSA Kelly Zenon, AFPD Sulay Rios, USPO Eddebbie Cofresi. Defendant is U/C and present in court. Statements in support of mitigation of punishment heard on behalf of the defense. Defendant's allocution heard. Counts 1, 3−8, Dismissed; Count 2, IMPR for 60 months to be served consecutively to the sentence to be imposed in San Juan Superior Court in Cr. Cases KLA2012G0372−0373; SRT of 5 years; SMA of $100.00; Forfeiture. (Court Reporter Amy Walker.)Hearing set for 04:15.Hearing held at 04:57.Hearing ended at 05:13.Interpreter Mary Jo Smith. (dv) (Entered: 09/02/2014) |

| | | |
|---|---|---|
| 08/26/2014 | 21 | JUDGMENT as to Charlie Martinez–Berrios (1), Counts 1, 3–8, Dismissed; Count 2, IMPR for 60 months to be served consecutively to the sentence to be imposed in San Juan Superior Court in Cr. Cases KLA2012G0372–0373; SRT of 5 years; SMA of $100.00; Forfeiture.  Signed by Judge Jose A. Fuste on 08/26/2014.(dv) (Entered: 09/02/2014) |
| 11/02/2018 | 22 | *RESTRICTED* Arrest Warrant Returned Executed on 3/27/14 in case as to Charlie Martinez–Berrios (1). (ab) (Entered: 11/06/2018) |
| 08/06/2020 | 23 | INFORMATIVE Motion Notifying Violations of Supervised Release by U.S. Probation Officer as to Charlie Martinez–Berrios(1). Responses due by 8/20/2020. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (U.S. Probation Officer, Tanya Rivera–Rivera) (Entered: 08/06/2020) |
| 08/07/2020 | 24 | MEMORANDUM OF THE CLERK: This case having been assigned to now retired U.S. District Judge Jose A. Fuste, it has been randomly reassigned within the Case Assignment System to U.S. District Judge Silvia L. Carreno–Coll. Signed by Clerk on 08/07/2020. (ft) (Entered: 08/07/2020) |
| 08/13/2020 | 25 | ORDER noted 23 Informative Motion Notifying Violations of Supervision Conditions as to Charlie Martinez–Berrios (1).Signed by Judge Silvia L. Carreno–Coll on 08/13/2020. (Carreno–Coll, Silvia) (Entered: 08/13/2020) |
| 12/22/2021 | 26 | Motion Notifying Violations of Supervised Release by US Probation Office as to Charlie Martinez–Berrios (1). Responses due by 1/5/2022. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Signed PROB 49)(Galindo, Alexander) (Entered: 12/22/2021) |
| 12/30/2021 | 27 | ORDER granting 26 Informative Motion Notifying Violations of Supervision Conditions as to Charlie Martinez–Berrios (1). The proposed modifications are approved and shall be implemented forthwith. Signed by Judge Silvia L. Carreno–Coll on 12/30/2021. (Carreno–Coll, Silvia) (Entered: 12/30/2021) |